(87 South. 888)

### GARDNER v. STATE. (8 Div. 304.)

(Supreme Court of Alabama. Nov. 25, 1920.)

Certiorari to Court of Appeals.

Petition by Joe Gardner for certiorari to Court of Appeals to review and revise a judgment of said court (87 South. 885 [1]) rendered on the appeal of petitioner against the State. Writ denied.

Wert & Hutson, of Decatur, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Petition of Joe Gardner for certiorari to court of appeals to review and revise the judgment of said court rendered on the appeal of Joe Gardner against the state. Writ denied.